affirmed, with ten dollars costs and disbursements. No opinion. Present —
Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

TONY CASINO, Appellant, v. THE NAVY SAVINGS BANK, Respondent.— Order
affirmed, with ten dollars costs and disbursements. No opinion. Present —
Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of ELIZABETH BLEE
FRASCH, Deceased.— Decree affirmed, with costs to all parties appearing by
separate attorneys and filing briefs payable out of the estate, on the opinion of
Foley, S. [Reported in 125 Misc. 381.] Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT C. BERENS,
Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Martin, JJ.

PHILLIPS & SON, a New York Corporation, Respondent, v. CENTRAL OF GEORGIA
RAILWAY COMPANY, Appellant.— Determination affirmed, with costs. No opinion.
Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Clarke, P. J.,
dissents.

TEXTILE ALLIANCE, INC., Respondent, v. P. H. KEAHON, INC., Appellant.—
Determination affirmed, with costs. No opinion. Present — Clarke, P. J.,
Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax upon the Estate of HENRY R. KUNHARDT,
Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J.,
Dowling, Merrell, McAvoy and Martin, JJ.

HENRY L. MEYER, Appellant, v. HUDSON TRUST COMPANY and PAUL B. SCARFF,
as Executors and Trustees under the Last Will and Testament of ANTON HENRY
MEYER, Deceased, Respondents.— Judgment affirmed, with costs. No opinion.
Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. " JOHN DOE " COLBY,
True Name MONROE MARKS and Others, Defendants, Impleaded with FRANK
WHITNEY, Appellant.— Judgment affirmed. No opinion. Present — Clarke,
P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HENRY LOEFFLER and HENRY · D. W. LOEFFLER, Partners, Trading as
H. LOEFFLER & Co., Respondents, v. H. LEO GOULD, Appellant.— Judgment
and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FALSIO,
Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Martin, JJ.

ANNA LEWIS, Respondent, v. ABRAHAM JACOBS, Appellant.— Judgment and
order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Martin, JJ.

MYRA FINK, Respondent, v. F. ROEBLING GEYSER, Appellant.— Order affirmed,
with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J.,
Dowling, Merrell, McAvoy and Martin, JJ.

EUGENIO VARAGNOLO, Respondent, v. PARTOLA MANUFACTURING COMPANY,
Appellant.— Judgment and order affirmed, with costs. No opinion. Present —
Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SOLOMON BETTEN and SAMUEL SCHULTZ, Respondents, v. WILLIAM A. TOBIAS,